UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRYSTAL HOWERY </br></br> Plaintiff-Appellant, </br></br> vs. </br></br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, </br></br> Defendant-Appellee. | Case No.: 15-35803 </br></br> PLAINTIFF-APPELLANT'S REPLY TO DEFENDANT-APPELLEE'S OBJECTION TO PLAINTIFF-APPELLANT'S MOTION TO PROCEED IN FORMA PAUPERIS. |

  Plaintiff-Appellant Crystal Howery hereby respectfully replies to the Defendant-Appellee's Objection and requests the Court of Appeals grant her Motion to Proceed In Forma Pauperis.

  The Plaintiff-Appellant denies the objections of the Defendant-Appellee with the exception of the following:

  On 11/25/14, the Plaintiff-Appellant previously filed a Motion to proceed In Forma Pauperis with The United States Court of Appeals for the Ninth Circuit in Case #14-35959. The Motion and affidavit showed essentially the same information as filed in this case. In that case, the Motion and Affidavit was docketed as having no deficiencies. Any subsequent applications were moot until an appeal was filed in response to a final, dispositive order from the district court.

  In response to a request from the court, the Plaintiff-Appellant filed a United States Courts Form AO 240 - Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form). This form has been approved for use in all federal courts, including the United States Court of Appeals for the 9th Circuit. This form contains all of the information necessary to determine the indigency of the Plaintiff-Appellant. There was no requirement to file a form 4. The clerk stated, "...Any motion to proceed in forma pauperis must include a financial declaration...". Any other

form would not yield any more useful information than the Plaintiff-Appellant has already provided. The Plaintiff-Appellant does not have access to relevant financial information other than her own, and that information has already been provided.

The Defendant-Appellee is attempting to waste time, court resources, and to prevent the Plaintiff-Appellant from pursuing an affordable and rightful claim of appeal.

For all of the foregoing reasons, Plaintiff-Appellant Crystal Howery respectfully requests that the Court of Appeals grant her Motion to Proceed In Forma Pauperis.

DATED this 9th day of November, 2015.

_Crystal Howery_
Crystal Howery
Pro Se
584 Castro Street
San Francisco, CA  94114
(415) 805-8150

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I have caused a copy of the foregoing Plaintiff-Appellant's Reply to Defendant-Appellee's Objection to Plaintiff-Appellant's Motion to Proceed In Forma Pauperis; and Certificate of Service to be served on counsel for defendants in this matter in the manner set forth below:

 By electronic service:

KRISTINA DETWILER

2101 Fourth Avenue, Suite 1000
Seattle, WA 98121

Attorney for Defendant International Association of Machinists and Aerospace Workers

DATED this 9th day of November, 2015.

_____
Crystal Howery
Pro Se
584 Castro Street
San Francisco, CA 94114
(415) 805-8150